**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JEREMY BATES, derivatively on behalf of the
UNITED STATES OF AMERICA,

              **Plaintiff,**

  v.

DONALD J. TRUMP, in his individual capacity;
PAMELA BONDI, in her individual capacity; and
JEANINE F. PIRRO, in her individual capacity,

             **Defendants,**

  and the

UNITED STATES OF AMERICA,

            **Nominal Defendant.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 1:26-cv-01328-TSC

**Declaration as to E-Mailing and Mailing**

JEREMY BATES, pursuant to 28 U.S.C. § 1746, declares:

1.      I am the Plaintiff, derivatively on behalf of the United States, in this action.

2.      I am an attorney admitted to practice in the courts of New York and in this Court.

3.      On April 22, 2026, I e-mailed the Civil Process Clerk of the United States Attorney's Office for the District of Columbia the appropriate Summons, the Derivative Complaint with its exhibits, and the Notice of Right To Consent to Trial Before a United States Magistrate Judge for service on the United States of America as the Nominal Defendant in this action. The Civil Process Clerk e-mailed me a receipt on April 24, 2026. That e-mail chain is Exhibit A hereto.

-1-

-2-

4.      On May 20, 2026, I mailed a copy of the appropriate Summons, the Derivative

Complaint with its exhibits, and the Notice of Right To Consent to Trial Before a United

States Magistrate Judge to the Attorney General of the United States by depositing true copies

of the aforesaid documents, in a properly addressed Priority Mail Express envelope, at the

United States Post Office, 90 Church Street, New York, New York.  The envelope was

addressed as follows:

> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue NW
> Washington, DC 20530

The USPS receipt for this mailing is Exhibit B hereto.

5.      Also on May 20, 2026, I mailed a copy of the appropriate Summons, the Derivative

Complaint with its exhibits, and the Notice of Right To Consent to Trial Before a United

States Magistrate Judge to the United States Attorney for the District of Columbia by

depositing true copies of the aforesaid documents, in a properly addressed Priority Mail

Express envelope, at the United States Post Office, 90 Church Street, New York, New York.

The envelope was addressed as follows:

> Civil Process Clerk
> U.S. Attorney's Office for the District of Columbia
> 601 D Street NW
> Washington DC 20530

The USPS receipt for this mailing is Exhibit C hereto.

6.      I am aware that the above-described actions may not suffice to effect service upon the

United States of America in strict compliance with Rule of Civil Procedure 4.  For example,

I obviously am a party to this action, as the derivative plaintiff on behalf of the United States as the Nominal Defendant.

7.        That said, if it is appropriate for the United States to be the Nominal Defendant in this derivative action—and to be clear, it is—then I believe it is also appropriate for the United States not to insist on strict compliance with Rule 4 as to the service of a complaint that contains claims alleged on behalf of the United States.  Indeed, for the United States to resist service of a complaint that is brought derivatively on its behalf would be at least improper, if not a breach of fiduciary or professional duty, by its officers resisting service.

8.        I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2026.

/s/ Jeremy Bates

_____

Jeremy Bates (D.D.C. Bar ID NY0579)
(not admitted to the District of Columbia Bar)
21 West Street Apt. 21J
New York, New York 10006
917-626-2473
jeremybates3@gmail.com
*Plaintiff* pro Se,
  *derivatively on behalf of the*
  *United States of America*