UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY BATES, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> *Defendant*s. | Civil Action No. 26-1328 (TSC) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the Complaint is hereby DISMISSED WITH PREJUDICE.

SO ORDERED:

_____      _____

Date                                                    TANYA S. CHUTKAN
                                                            United States District Judge