**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JEREMY BATES**, | |
| Plaintiff, | |
| v. | No. 26-cv-1328 (TSC) |
| **DONALD J. TRUMP,** *et al.*, | |
| Defendants. | |

## ORDER

Defendants have moved to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). ECF No. 8. A ruling on Defendants' Motion to Dismiss might fully dispose of the Complaint. Plaintiff, proceeding *pro se*, is therefore warned that failure to respond to the Defendants' Motion to Dismiss may result in dismissal of the case, and he is reminded that he must abide by the Federal Rules of Civil Procedure and the rules of this court. *See Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992); *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988) (requiring district courts to advise *pro se* parties of the consequences of failing to respond to a dispositive motion).

Specifically, under Local Rule 7(b), the court will direct Plaintiff to file any memorandum in opposition to Defendants' Motion to Dismiss by **July 17, 2026**. If Plaintiff fails to submit a memorandum in opposition or motion for an extension of time by that date, the court may treat the Motion to Dismiss as conceded, grant the Motion, and dismiss some or all the claims. If he submits a memorandum in opposition, the court will consider it in ruling on the Motion. Plaintiff is further warned if submits an opposition but fails to address each of Defendants' arguments in his

1

opposition, the court may treat as conceded any arguments which were not addressed.  *See Hopkins v. Women's Div., Gen. Bd. of Glob. Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003), *aff'd*, 98 F. App'x. 8 (D.C. Cir. 2004) (citing *FDIC v. Bender*, 127 F.3d 58, 67–68 (D.C. Cir. 1997)) (other citation omitted).  Accordingly, it is hereby:

**ORDERED** that, Plaintiff shall respond to Defendants' Motions to Dismiss, ECF No. 8, by **July 17, 2026**.  Plaintiff may request an extension of time.  If Plaintiff neither responds nor moves for an extension of time by **July 17, 2026**, the court may treat the Motion as conceded, or otherwise rule on the Motion without Plaintiff's input and dismiss this matter.  It is further

**ORDERED** that Plaintiff's response shall be limited to 25 pages, excluding any table of contents, accompanying exhibits, and certificates of service.  Plaintiff is hereby reminded that "[a]ll pleadings shall appear in 12-pt. font and shall be double-spaced.  Footnotes, which shall not be excessive, shall also appear in 12-pt. font."  Local Civil Rule 5.1(d).

It is **SO ORDERED.**

Date:  June 19, 2026

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

2